NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMERICAN TRAILER INDUSTRIES, INC.,**
*Appellant*

v.

**FLEET TRAILER, LLC,**
*Appellee*

---

2016-1922

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 92062418.

---

**ON MOTION**

---

Before LOURIE, O'MALLEY, and CHEN, *Circuit Judges.*

LOURIE, *Circuit Judge.*

**O R D E R**

American Trailer Industries, Inc. moves unopposed for a limited remand to allow the Trademark Trial and Appeal Board to rule on a pending motion to substitute.

American Trailer's successor in interest, AGC Manufactura I, S.A. de C.V., has filed a motion with the Board

to vacate the default judgment canceling the underlying registration and to substitute AGC Manufactura as the respondent. The Board has indicated that it would grant the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for a limited remand is granted. This court retains jurisdiction over this appeal.

(2) Proceedings in this appeal are stayed pending the Board's ruling on the combined motion. Within seven days from the date of the Board's ruling on the combined motion, the parties are directed to inform this court how they believe this appeal should proceed.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s25